**Electronically Filed
Supreme Court
SCWC-30172
01-SEP-2015
07:55 AM**

SCWC-30172

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

CUC THI NGO, ANGELO NGUYEN, ANTHONY NGUYEN, AN VAN NGUYEN, and
LEO YOUNG, ESQ., in his capacity as Personal Representative of
the Estate of Jennifer Giao Nguyen, Deceased,
Petitioners/Plaintiffs-Appellants,

vs.

THE QUEEN'S MEDICAL CENTER, a Hawai‘i Domestic Nonprofit
Corporation; THINH T. NGUYEN, M.D.; THE EMERGENCY GROUP, INC.,
a Hawai‘i Domestic Professional Corporation,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30172; CIV. NO. 07-1-0268)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on August 31, 2015, is corrected as follows:

1. On page 35, line 3, replace the word "violated"
with the word "owed."

The Clerk of the Court is directed to take all
necessary steps to notify the publishing agencies of these
changes.

DATED: Honolulu, Hawai‘i, September 1, 2015.

/s/ Sabrina S. McKenna

Associate Justice

